# LAW OFFICES OF MICHAEL D. STEGER, PC

30 Ramland Road, Suite 201
Orangeburg, NY 10962
(845) 359-4600
(845) 638-2707 (fax)
msteger@steger-law.com
www.steger-law.com

The return date of the Order to Show Cause (Doc. 20) is hereby adjourned to November 13, 2020 at 4 pm.  Plaintiff shall serve this endorsement on Defendants at the same time and in the same manner as the Order to Show Cause.

October 13, 2020

**VIA ECF**

Hon. Cathy Seibel
United States District Court for the Southern District of New York

**Re:  *Prokos v. Compass Corporate Housing*; Case No.: 7:20-cv-05277-CS**

Dear Judge Seibel:

SO ORDERED.

*/s/ Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

10/13/20

The Clerk shall terminate Doc. 21.

I represent Plaintiff Andrew Prokos in this matter.

The Court has scheduled the hearing on Mr. Prokos' Order to Show Cause re Default Judgment at 4:30 pm on November 10th.  (Dkt. No. 20).  I have a conflict at that time, and respectfully request that the Court reschedule the hearing for 4pm on November 13th, if that time is convenient for the Court.

This is my first request for an adjournment of this hearing.

Thank you for your consideration of this request.

Sincerely yours,
/s/ Michael D. Steger
Michael D. Steger